NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of B.C.S., a child. )
————————————————————————— )
)
C.T.S., )
)
        Appellant, )
)
v. )    Case No. 2D17-5143
)
DEPARTMENT OF CHILDREN and )
FAMILIES and GUARDIAN AD LITEM )
PROGRAM, )
)
        Appellees. )
————————————————————————— )

Opinion filed August 1, 2018.

Appeal from the Circuit Court for Polk
County; Michelle Pincket, Judge.

Amanda Peterson of Law Offices of
Peterson, P.A., Mulberry, for Appellant.

Stephanie C. Zimmerman, Children's Legal
Services, Bradenton, and Andrew
Feigenbaum, Children's Legal Services,
West Palm Beach, for Appellee Department
of Children and Families.

Beth Kathryn Roland of Family First Firm,
Orlando, and Thomasina Moore, Statewide
Director of Appeals, Tallahassee, for
Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ, Concur.